IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FERDINANDO DIMAGGIO,** | Civil Action No. |
| Plaintiff, | **3:10-cv-05684-MLC** |
| **vs.** | |
| **ALLIANCE ONE, INC.; and DOES 1-10, inclusive,** | |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against AllianceOne Receivables Management, Inc. and DOES 1-10 without prejudice and without any costs to any party.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** | **LEMBERG & ASSOCIATES** |
| By: _/s/ Ronald M. Metcho, Esquire_<br>RONALD M. METCHO, ESQ<br>1845 Walnut Street, 17th Floor<br>Philadelphia, PA 19103<br>Attorneys for Defendant<br>AllianceOne Receivables<br>Management, Inc. | By: _/s/ Sofia Balile, Esquire_<br>SOFIA BALILE, ESQ<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Attorneys for Plaintiff<br>Ferdinando DiMaggio |