IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
APR 29 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| **FERDINANDO DIMAGGIO,** | Civil Action No. |
| Plaintiff, | 3:10-cv-05684-MLC |
| vs. | |
| **ALLIANCE ONE, INC.; and DOES 1-10, inclusive,** | |
| Defendants. | |

## ORDER AND STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against AllianceOne Receivables Management, Inc. and DOES 1-10 without prejudice and without any costs to any party.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: /s/ Ronald M. Metcho, Esquire
RONALD M. METCHO, ESQ
1845 Walnut Street, 17th Floor
Philadelphia, PA 19103
Attorneys for Defendant
AllianceOne Receivables
Management, Inc.

**LEMBERG & ASSOCIATES**

By: /s/ Sofia Balile, Esquire
SOFIA BALILE, ESQ
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Attorneys for Plaintiff
Ferdinando DiMaggio

APRIL 29, 2011

SO ORDERED: /s/ Mary L. Cooper
MARY L. COOPER, U.S.D.J.